**DENY and Opinion Filed May 20, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00077-CV**

**IN RE DAVID S. GRANTHAM, Relator**

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-52594-2016**

## MEMORANDUM OPINION
Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

Before the Court is relator's pro se petition for writ of mandamus[1] in which he challenges the trial court's order denying relator's special appearance plea to the jurisdiction.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)).

---

[1] Relator filed the petition as a motion for emergency relief in cause number 05-21-01047-CV, a then pending appeal. Because the motion contained a statement of jurisdiction stating we had "jurisdiction over this mandamus proceeding" and clearly sought mandamus relief, we treated the motion as a petition for writ of mandamus and assigned it a new cause number.

"Those seeking the extraordinary remedy of mandamus must follow the applicable procedural rules. Chief among these is the critical obligation to provide the reviewing court with a complete and adequate record." *In re Le*, 335 S.W.3d 808, 813 (Tex. App.—Houston [14th Dist.] 2011, orig. proceeding).

Here, relator failed to meet his burden to supply this Court with an adequate record in support of his request for mandamus relief. Consequently, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220077F.P05